
FILED
CHARLOTTE, NC

MAY 2 0 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:10CR88 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| (1) ANTHONY MARKEE ALLEN | ) | |
| (2) ANTONIUS O'KEEFE OWENS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the indictment in the above-styled case be unsealed,

**IT IS HEREBY ORDERED** that the Indictment in this matter be unsealed.

This 20 day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE